

97 Broad Street • Charleston, SC 29401 • Post Office Box 859 • Charleston, SC  29402
Phone: 843-727-1144  •  Fax: 843-727-7696  •  www.wmalawfirm.net

June 5, 2023

Direct Dial (843) 793-6039

**VIA ECF**
The Honorable Elisabetta G.M. Gasparini
United States Bankruptcy Judge
District of South Carolina

      RE:    Scott Matthew Huggins v. Louise Grant
           Case No.:            23-80013-eg
           Mediation Date:     June 2, 2023

Dear Judge Gasparini:

    Please see below report for the above-referenced mediation:

    Alternative Dispute Resolution (ADR) was conducted on the 2nd day of June, 2023 in the form of mediation.

    Present at the ADR conference were:
        __X__ Plaintiff
        __X__ Defendant
        __X__ Lawyer for Plaintiff Sean Markham, Esq.
        __X__ Lawyer for Defendant J. Ronald Jones, Jr., Esq.

    At the close of mediation, the parties are still negotiating and the parties agree that additional mediation would be beneficial.

Submitted on this 5th day of June, 2023. If you have any questions, please do not hesitate to contact me.

                Sincerely,

                WILLS MASSALON & ALLEN LLC

                *John A. Massalon*

                John A. Massalon
                jmassalon@wmalawfirm.net